CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2016

JULIA ___, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN D. SNODGRASS, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00681 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| UNNAMED, | ) | By:  Glen E. Conrad |
| Defendant(s). | ) | Chief United States District Judge |

Kevin D. Snodgrass, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered December 21, 2015, the court directed plaintiff to submit within 10 days from the date of the order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each facility at which plaintiff is or was confined during that six-month period as well as an executed verified statement. Plaintiff filed a motion for preliminary injunction on December 18, 2015 but was advised by the court in the conditionally filed order dated December 21, 2015 that the court would not adjudicate legal and factual matters discussed in either a pleading or motion until plaintiff cured the deficiencies noted in the conditionally filed order. Plaintiff was encouraged to first resolve any noted deficiencies before filing any pleadings or motions. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case

from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 25th day of January, 2016.

/s/ Glen Conrad
Chief United States District Judge