CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 25 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN D. SNODGRASS, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00681 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| UNNAMED, | ) | By:   Glen E. Conrad |
|     Defendant(s). | ) |         Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. All pending motions are DISMISSED as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of January, 2016.

/s/ Glen E. Conrad
Chief United States District Judge